312

Clarence Benton BLAND, Appellant, v. STATE of Texas, Appellee (2 cases).

Nos. 22364, 22365.

Court of Criminal Appeals of Texas.

Dec. 9, 1942.

Louis D. Johnston, of Waxahachie, for appellant.

Forrester Hancock, Crim. Dist. Atty., and F. L. Wilson, Asst. Crim. Dist. Atty., both of Waxahachie, and Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Upon proper application filed by the appellant, he is herewith granted permission to withdraw his appeal.

William A. HILL, Appellant, v. STATE of Texas, Appellee.

No. 22410.

Court of Criminal Appeals of Texas.

Jan. 13, 1943.

W. E. Myres, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was assessed a penalty of ten years in the State Penitentiary upon his conviction for the offense of rape.

He has filed proper application asking that the appeal be withdrawn, which is accordingly granted.